USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

REICO JOYETTE

                Plaintiff,

-against-

NYPD SERGEANT KATHERINE CORDES
(Tax #946878) (Shield #2993); and NYPD
OFFICER JENNIFER ROSARIO (Tax #947435)
(Shield #10604),

                Defendants.

-----------------------------------------------------------------X

14 **CIVIL** 253 (GBD)

## **JUDGMENT**

The issues in the above-entitled action having been brought on for trial before the Honorable

George B. Daniels, United States District Judge, and a jury on December 7, 2015, and at the

conclusion of the trial on December 9, 2015, the jury having returned a verdict in favor of the

defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is

hereby dismissed.

**DATED:** New York, New York
       December    , 2015

**SO ORDERED**

DEC 1 4 2015

_George B. Daniels_
       USDJ

**RUBY J. KRAJICK**

BY: _____
          Clerk of Court

_____
          Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____